EXHIBIT "A"

Served
Time:
Relationship:
Server Name:

**GAYLORD POPP, LLC**
850 Bear Tavern Road, Suite 308
Trenton, New Jersey 08628
(609) 771-8611
Attorneys for Plaintiff, Sharon Davis and Mitchell Mercer

| | |
|---|---|
| **SHARON DAVIS and MITCHELL MERCER, husband and wife,** Plaintiffs, | **SUPERIOR COURT OF NEW JERSEY** MERCER COUNTY/LAW DIVISION DOCKET NO.: MER-L-2952-12 |
| vs. | **CIVIL ACTION** |
| **ROYAL CARIBBEAN INTERNATIONAL AND JOHN DOE OWNERS (1-10) and/or RESPONSIBLE PARTIES (1-10),** Defendants. | **SUMMONS** |

Randy S. Ginsberg 12-26-2012 @ 10:45 am
Litigation Attorney
Royal Caribbean Cruises Ltd.

***FROM THE STATE OF NEW JERSEY, TO THE DEFENDANT(S) NAMED ABOVE:***

**"ROYAL CARIBBEAN INTERNATIONAL"**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Jennifer M. Perez
JENNIFER M. PEREZ Clerk of the Superior Court

Dated: December 20, 2012

**Name of defendant to be served:** **ROYAL CARIBBEAN INTERNATIONAL**
**Address for service:** **1050 Caribbean Way**
**Miami, FL 33132**

**GAYLORD POPP, LLC**
850 Bear Tavern Road, Suite 308
Trenton, New Jersey 08628
(609) 771-8611
Attorneys for Plaintiff, Sharon Davis and Mitchell Mercer

| | |
|---|---|
| **SHARON DAVIS and MITCHELL MERCER, husband and wife,** Plaintiffs, | **SUPERIOR COURT OF NEW JERSEY** MERCER COUNTY/LAW DIVISION DOCKET NO.: MER-L-2952-12 |
| vs. | **CIVIL ACTION** |
| **ROYAL CARIBBEAN INTERNATIONAL AND JOHN DOE OWNERS (1-10) and/or RESPONSIBLE PARTIES (1-10),** Defendants. | **SUMMONS** |

***FROM THE STATE OF NEW JERSEY, TO THE DEFENDANT(S) NAMED ABOVE:***

**"ROYAL CARIBBEAN INTERNATIONAL"**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Jennifer M. Perez
JENNIFER M. PEREZ Clerk of the Superior Court

Dated: December 20, 2012

**Name of defendant to be served:** **ROYAL CARIBBEAN INTERNATIONAL**
**Address for service:** **1050 Caribbean Way**
**Miami, FL 33132**



CLERK OF SUPERIOR COURT
SUPERIOR COURT OF N.J.
MERCER COUNTY
RECEIVED AND FILED
DEC 13 2012
Sue Regan
SUE REGAN
DEPUTY CLERK SUPERIOR COURT

DEPUTY CLK/SUP CT
SUE REGAN
2012 DEC 13 P 3:42
RECEIVED IN FINANCE
MERCER COUNTY

**GAYLORD POPP, LLC**
850 Bear Tavern Road, Suite 308
Trenton, New Jersey 08628
(609) 771-8611
Attorneys for Plaintiffs, Sharon Davis and Mitchell Mercer

| | |
|---|---|
| **Sharon Davis and Mitchell Mercer, husband and wife,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Royal Caribbean International and John Doe Owners (1-10) and/or Responsible Parties (1-10),**<br><br>Defendants. | **SUPERIOR COURT OF NEW JERSEY**<br>MERCER COUNTY/CIVIL LAW DIVISION<br>DOCKET NO.: MER-L- 2952-12<br><br>***CIVIL ACTION***<br><br>**COMPLAINT and JURY DEMAND** |

Plaintiffs, Sharon Davis and Mitchell Mercer, residing at 97 Spring, Street, in the City of Trenton, State of New Jersey, by way of complaint against defendants, says:

## General Allegations

1. On or about December 15, 2010, Plaintiff, Sharon Davis was an invitee on the Oasis of the Seas, Cruise Ship, owned by Royal Caribbean International with offices located at 1050 Caribbean Way, Miami, Florida 33132.

2. On the aforesaid date and time, Plaintiff, Sharon Davis was an invitee, sailing on the Oasis of the Seas, in Stateroom 9530. As plaintiff, Sharon Davis was walking forward on the cruise ship she slipped and fell on a wet substance near the bar area causing her to sustain severe injuries.

3. At all times material hereto, Defendants, Royal Caribbean International and John Doe Owners (1-10) and/or Responsible Parties (1-10) were the owners and responsible for the property/premises known as Oasis of the Seas d/b/a Royal Caribbean International which is located at 1050 Caribbean Way, Miami, Florida 33132.

**COUNT ONE**
**NEGLIGENCE AGAINST DEFENDANT, ROYAL CARIBBEAN INTERNATIONAL**

4. Plaintiffs, Sharon Davis and Mitchell Mercer, adopt herein each and every allegation contained in paragraphs 1 and 3 as if more fully set forth hereinafter.

5. On or about December 15, 2010, the Defendant, Royal Caribbean International was under a duty to keep the premise/property reasonably safe and free from and to prevent hazardous conditions to the general public.

6. Defendant, Royal Caribbean International was negligent in that:

(a) They failed to make proper observations;

(b) They failed to keep plaintiff safe from harm;

(c) They were in disregard of the rights of others; and

(d) They were negligent and careless in that they failed to provide a safe and non-hazardous premise.

7. As a direct and proximate result of Defendant's negligence, Plaintiff, Sharon Davis suffered severe bodily injury and resulting pain and suffering, disability, mental anguish, capacity for the loss of enjoyment of life, and incurred medical costs and expenses. These injuries are permanent in nature and plaintiff will continue to suffer such losses for the remainder of her life.

**WHEREFORE,** Plaintiffs, Sharon Davis and Mitchell Mercer demand judgment against the Defendant, Royal Caribbean International for compensatory damages, interest, costs and such other relief as this court deems equitable and just under the circumstances.

**COUNT TWO**
**NEGLIGENCE AGAINST DEFENDANT, JOHN DOE OWNERS 1-10 AND/OR RESPONSIBLE PARTIES (1-10)**

8. Plaintiffs, Sharon Davis and Mitchell Mercer adopt herein each and every allegation contained in paragraphs 1 and 7 as if more fully set forth hereinafter.

9. On or about December 15, 2010, the Defendants, John Doe Owners (1-10) and John Doe Responsible Parties (1-10) were under a duty to keep the premise/property reasonably safe and free from and to prevent hazardous conditions to the general public.

10. Defendants, John Doe Owners (1-10) and John Doe Responsible Parties (1-10) were negligent in that:

(a) They failed to make proper observations;

(b) They failed to keep plaintiff safe from harm;

(c) They were in disregard of the rights of others; and

(d) They were negligent and careless in that they failed to provide a safe and non-hazardous premise.

11. As a direct and proximate result of Defendant's negligence, Plaintiff, Sharon Davis suffered severe bodily injury and resulting pain and suffering, disability, mental anguish, capacity for the loss of enjoyment of life, and incurred medical costs and expenses. These injuries are permanent in nature and plaintiff will continue to suffer such losses for the remainder of her life.

**WHEREFORE,** Plaintiffs, Sharon Davis and Mitchell Mercer demand judgment against the Defendants, John Doe Owners (1-10) and John Doe Responsible Parties (1-10) for compensatory damages, interest, costs and such other relief as this court deems equitable and just under the circumstances.

**COUNT THREE**
**LOSS OF CONSORTIUM**

12. Plaintiffs, Sharon Davis and Mitchell Mercer adopt herein each and every allegation contained in paragraphs 1 and 11 as if more fully set forth hereinafter.

13. At all time material hereto, Plaintiff, Mitchell Mercer was and is the husband of Plaintiff, Sharon Davis.

14. As a direct and proximate result of the Defendants' negligence, Plaintiff, Mitchell Mercer's wife sustained severe bodily injuries causing him to incur great expenses for hospital and medical treatment for his wife and has been prevented from and has been deprived of his wife's society, services, and consortium.

WHEREFORE, Plaintiff, Mitchell Mercer demands judgment against all Defendants for compensatory damages, interest, costs and such other relief as this court deems equitable and just under the circumstances

## JURY DEMAND

Plaintiffs hereby demands a trial by jury as to all issues as triable as a matter of right.

## DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Rule 4:25-4, Lawrence E. Popp Esquire is hereby designated at Trial Counsel in the within matter.

## CERTIFICATION

It is hereby certified that the foregoing matter in controversy is not the subject of any other pending action in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated. I further certify that there are no other parties of whom I am aware who should be joined in this action.

## NOTICE PURSUANT TO RULES 1:5-1(a) AND 4:17-4(c)

Please take notice that the undersigned attorneys, counsel for plaintiff, do hereby demand, pursuant to Rules 1:5-1(a) and 4:17-4(c), that each party herein serve pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers and other material referred to herein, upon the undersigned attorneys. Please take notice that this is a continuing demand.

GAYLORD POPP, L.L.C.
Attorneys for Plaintiffs

By:____________________
LAWRENCE E. POPP

Dated: December 13, 2012

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

FOR USE BY CLERK'S OFFICE ONLY

PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| | | |
|---|---|---|
| ATTORNEY / PRO SE NAME<br>LAWRENCE E. POPP, ESQ. | TELEPHONE NUMBER<br>(609) 771-8611 | COUNTY OF VENUE<br>Mercer |
| FIRM NAME (if applicable)<br>GAYLORD POPP, LLC | | DOCKET NUMBER (when available)<br>MER-L- 2952-12 |
| OFFICE ADDRESS<br>850 BEAR TAVERN ROAD, SUITE 308<br>WEST TRRNTON, NJ 08628 | | DOCUMENT TYPE<br>COMPLAINT |
| | | JURY DEMAND ☐ YES ☐ NO |

| | |
|---|---|
| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>SHARON DAVIS & MITCHELL MERCER, PLAINTIFFS | CAPTION<br>SHARON DAVIS V. ROYAL CARIBBEAN INTERNATIONAL, ET. ALS. |
| CASE TYPE NUMBER (See reverse side for listing)<br>605 | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☒ YES ☐ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES ☒ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| | |
|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☒ YES ☐ NO | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☒ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| | |
|---|---|
| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE:

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 285 STRYKER TRIDENT HIP IMPLANTS
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 623 PROPECIA

**Mass Tort (Track IV)**
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 284 NUVARING
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 601 ASBESTOS

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.**

**Please check off each applicable category** ☐ **Putative Class Action** ☐ **Title 59**

MERCER COUNTY COURTHOUSE
CIVIL CASE MANAGMENT OFFICE
175 SOUTH BROAD ST P O BOX 8068
TRENTON NJ 08650-0068

COURT TELEPHONE NO. (609) 571-4490
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE: DECEMBER 14, 2012
RE: DAVIS V ROYAL CARIBBEAN INTERNATIONAL ET AL
DOCKET: MER L -002952 12

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON DOUGLAS H. HURD

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 050 AT: (609) 571-4432.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING. PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: LAWRENCE E. POPP
GAYLORD & POPP LLC
850 BEAR TAVER RD STE 308
MOUNTAIN VIEW
W TRENTON NJ 08628-1018

JUWTOUO